IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:05CV316-BO(1)



| | |
|---|---|
| RICHARD RUNDUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION OF VOLUNTARY** |
| v. ) | **DISMISSAL WITH PREJUDICE** |
| ) | |
| SPRINT CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Richard Rundus, by and through his undersigned counsel, and Defendant Sprint Corporation, by and through its undersigned counsel, stipulate that this action shall be and hereby is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees. The parties further stipulate that this Court has jurisdiction over the enforcement of the Settlement Agreement and Release executed by the parties to this action.

This the 26th day of June, 2006.

_____
Richard M. Wiggins
N. C. State Bar No. 4722
McCoy, Weaver, Wiggins & Cleveland, PLLC
Post Office Box 87009
Fayetteville, NC 28304
Telephone: (910) 483-8104
**Counsel for Plaintiff**

_____
John J. Doyle, Jr.
N.C. State Bar No. 1235
Email: jdoyle@constangy.com
Candice S. Wooten
N.C. State Bar No. 28161
Email: cwooten@constangy.com
Constangy, Brooks & Smith, LLC
100 North Cherry Street, Suite 300
Winston-Salem, NC 27101
Telephone: (336) 721-1001
**Counsel for Defendant**